STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00337-01 DLJ |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND |
| ) | [] ORDER CONTINUING |
| vs. ) | SENTENCING HEARING DATE FROM |
| ) | MARCH 21, 2013 TO MARCH 28, 2013 |
| JOSE CARDENAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant Jose Cardenas, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Thursday, March 21, 2013, at 10:00 a.m., be continued to Thursday, March 28, 2013, at 10:00 a.m.

On December 20, 2012, Mr. Cardenas entered a plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to one count of violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) and 860, and a sentencing hearing date was set at that time for March 21, 2013. Defense counsel respectfully request a one week continuance to March 28, 2013, to

Stipulation and [] Order Continuing
Hearing                                           1

1 permit the Probation Officer assigned to conduct the presentence investigation, additional time to
2 consider materials recently submitted by the defense in response to the draft report prepared in
3 this matter. Accordingly, the defense respectfully request that the sentencing hearing date be
4 continued to March 28, 2013. United States Probation Officer Benjamin Flores, who has been
5 assigned to conduct the presentence investigation, has been consulted about the requested
6 continuance and has no objection. The parties further agree that the deadlines by which the
7 United States Probation Office must disclose the draft and final pre-sentence reports shall be
8 adjusted according to the new March 28, 2013, sentencing date.

Dated: March 6, 2013
_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated March 6, 2013
_____/s/_____
THOMAS A. COLTHURST
Assistant United States Attorney

//

**[] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, March 21, 2013, at 10:00 a.m. is continued to Thursday, March 28, 2013, at 10:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

Dated: HEFJEFH
_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

Stipulation and [] Order Continuing
Hearing                                                    2